IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BRIAN HESS and )
JANET HESS, )
)
    Plaintiffs, )
)
vs. ) No.
)
FANG LI, M.D. and )
MCLEAN COUNTY NEUROLOGY, S.C., )
)
    Defendants. )

## JURISDICTION

Jurisdiction of this Court is conferred under 28 USC §1332 as the Plaintiffs are residents of the State of Florida and the Defendant, Fang Li, M.D., is a resident and citizen of the State of Illinois. The Defendant, McLean County Neurology, S.C., is incorporated in the State of Illinois with its principle place of business in Illinois. Accordingly the diversity of jurisdiction of this Court is met. Furthermore venue lies in the Central District of Illinois since all of the Defendants reside in the Central District of Illinois and all of the acts contained herein occurred in the Central District of Illinois.

## COMPLAINT AND DEMAND FOR JURY TRIAL

### COUNT I

Comes now the Plaintiff, BRIAN HESS, by and through his attorneys, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD., and JOSEPH A. BARTHOLOMEW, and for Count I of his Complaint against the Defendant, FANG LI, M.D., states as follows:

1. That on or about January 29, 2003 through January 31, 2002 and at all times mentioned herein, the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., was an Illinois corporation duly authorized under the laws of the State of Illinois, doing business in McLean County, and said Defendant provided medical services to the Plaintiff, Brian Hess.

2. That on or about January 29, 2002 through January 31, 2002 and at all times mentioned herein, the Defendant, FANG LI, M.D., was a licensed physician in the State of Illinois, and on the staff of McLean County Neurology, S.C., and said Defendants provided medical services to the Plaintiff Brian Hess.

3. That the Defendant, FANG LI, M.D., failed to exercise reasonable care customarily provided in the health care industry by committing one or more of the following negligent acts or omissions:

   (a) by discharging a patient who was not fully anticoagulated;

   (b) by discharging the patient on Lovenox which was not approved by the FDA for this particular use;

   (c) by discharging a patient who had just been started on hypertension medication without determining the extent that the medication would lover the patient's blood pressure.

4. That as a direct and proximate result of the Defendant's negligent acts or omissions, Brian Hess suffered a stroke and he has suffered injury to his body as a whole; Plaintiff has sustained constant pain and suffering; Plaintiff has incurred and will become liable to pay great sums of money for medical and hospital treatment, and will become liable for additional sums in

the future, Plaintiff has lost and in the future will continue to lose large sums of money from an impairment to his earning capacity; all to his damage in a substantial amount.

WHEREFORE, the Plaintiff, BRIAN HESS, prays judgment against the Defendant, FANG LI, M.D., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs herein expended.

_____
JOSEPH A. BARTHOLOMEW
Attorney for Plaintiff
IL BAR #6187925
FED# 6519


COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500

## COUNT II

Comes now the Plaintiff, BRIAN HESS, by and through his attorneys, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD., and JOSEPH A. BARTHOLOMEW, and for Count II of his Complaint against the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., states as follows:

1.  That on or about January 29, 2002 through January 31, 2002 and at all times mentioned herein, the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., was an Illinois corporation duly authorized under the laws of the State of Illinois, doing business in McLean County, and said Defendant provided medical services to the Plaintiff, Brian Hess.

2. That on or about January 29, 2002 through January 31, 2002 and at all times mentioned herein, the Defendant, FANG LI, M.D., was a licensed physician in the State of Illinois, and on the staff of McLean County Neurology, S.C., and said Defendants provided medical services to the Plaintiff Brian Hess.

3. That the Defendant, MCLEAN COUNTY NEUROLOGY, S.C. by and through its agent, staff and employee, Fang Li, M.D., failed to exercise reasonable care customarily provided in the health care industry by committing one or more of the following negligent acts or omissions:

(a) by discharging a patient who was not fully anticoagulated;

(b) by discharging the patient on Lovenox which was not approved by the FDA for this particular use;

(c) by discharging a patient who had just been started on hypertension medication without determining the extent that the medication would lover the patient's blood pressure.

4. That as a direct and proximate result of the Defendant's negligent acts or omissions, Brian Hess suffered a stroke and he has suffered injury to his body as a whole; Plaintiff has sustained constant pain and suffering; Plaintiff has incurred and will become liable to pay great sums of money for medical and hospital treatment, and will become liable for additional sums in the future, Plaintiff has lost and in the future will continue to lose large sums of money from an impairment to his earning capacity; all to his damage in a substantial amount.

WHEREFORE, the Plaintiff, BRIAN HESS, prays judgment against the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs herein expended.

                                    _____
                                    JOSEPH A. BARTHOLOMEW
                                    Attorney for Plaintiff
                                    IL BAR #6187925
                                    FED# 6519

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500

## COUNT III

Comes now the Plaintiff, JANET HESS, by and through her attorneys, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD., and JOSEPH A. BARTHOLOMEW, and for Count III of her Complaint against the Defendant, FANG LI, M.D., states as follows:

1. That on or about January 29, 2003 through January 31, 2002 and at all times mentioned herein, the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., was an Illinois corporation duly authorized under the laws of the State of Illinois, doing business in McLean County, and said Defendant provided medical services to the Plaintiff, Brian Hess.

2. That on or about January 29, 2002 through January 31, 2002 and at all times mentioned herein, the Defendant, FANG LI,

M.D., was a licensed physician in the State of Illinois, and on the staff of McLean County Neurology, S.C., and said Defendants provided medical services to the Plaintiff Brian Hess.

3.  That at all times herein the Plaintiffs, BRIAN HESS and JANET HESS, were married.

4.  That the Defendant, FANG LI, M.D., failed to exercise reasonable care customarily provided in the health care industry by committing one or more of the following negligent acts or omissions:

   (a) by discharging a patient who was not fully anticoagulated;

   (b) by discharging the patient on Lovenox which was not approved by the FDA for this particular use;

   (c) by discharging a patient who had just been started on hypertension medication without determining the extent that the medication would lover the patient's blood pressure.

5.  That as a direct and proximate result of the Defendant's negligent acts or omissions, Brian Hess suffered a stroke and he has suffered injury to his body as a whole; Plaintiff has sustained constant pain and suffering; and Plaintiff, JANET HESS, suffers loss of consortium due to her husband's injuries.

WHEREFORE, the Plaintiff, JANET HESS, prays judgment against the Defendant, FANG LI, M.D., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs herein expended.

JOSEPH A. BARTHOLOMEW
Attorney for Plaintiff
IL BAR #6187925
FED# 6519

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500

COUNT IV

Comes now the Plaintiff, JANET HESS, by and through her attorneys, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD., and JOSEPH A. BARTHOLOMEW, and for Count IV of her Complaint against the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., states as follows:

1. That on or about January 29, 2002 through January 31, 2002 and at all times mentioned herein, the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., was an Illinois corporation duly authorized under the laws of the State of Illinois, doing business in McLean County, and said Defendant provided medical services to the Plaintiff, Brian Hess.

2. That on or about January 29, 2002 through January 31, 2002 and at all times mentioned herein, the Defendant, FANG LI, M.D., was a licensed physician in the State of Illinois, and on the staff of McLean County Neurology, S.C., and said Defendants provided medical services to the Plaintiff Brian Hess.

3. That at all times herein the Plaintiffs, BRIAN HESS and JANET HESS, were married.

4. That the Defendant, MCLEAN COUNTY NEUROLOGY, S.C. by and through its agent, staff and employee, Fang Li, M.D., failed to exercise reasonable care customarily provided in the health

care industry by committing one or more of the following negligent acts or omissions:

    (a)    by discharging a patient who was not fully anticoagulated;

    (b)    by discharging the patient on Lovenox which was not approved by the FDA for this particular use;

    (c)    by discharging a patient who had just been started on hypertension medication without determining the extent that the medication would lover the patient's blood pressure.

5. That as a direct and proximate result of the Defendant's negligent acts or omissions, Brian Hess suffered a stroke and he has suffered injury to his body as a whole; Plaintiff has sustained constant pain and suffering; and Plaintiff, JANET HESS, suffers loss of consortium due to her husband's injuries.

WHEREFORE, the Plaintiff, JANET HESS, prays judgment against the Defendant, MCLEAN COUNTY NEUROLOGY, S.C., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs herein expended.

_____
JOSEPH A. BARTHOLOMEW
Attorney for Plaintiff
IL BAR #6187925
FED# 6519

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN HESS and <br> JANET HESS, <br>     Plaintiffs, <br> vs. <br> FANG LI, M.D. and <br> MCLEAN COUNTY NEUROLOGY, S.C., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## A F F I D A V I T

**JOSEPH A. BARTHOLOMEW**, being duly sworn upon his oath and pursuant to the Provisions of 735 ILCS 5/2-622, deposes and states as follows:

    1. That the affiant has consulted and reviewed the facts of the case with a health professional who the affiant reasonably believes is knowledgeable in the relevant issues involved in the particular action and has practiced within the last six years in the same area of medicine that is at issue in this particular action and who is qualified by experience in the subject of this case.

    2. That the reviewing health professional has determined in a written report, after review of the medical records and other relevant materials involved in the particular action that there is a reasonable and meritorious cause for filing such an action.

    3. That affiant has concluded on the basis of the reviewing health professional's review and consultation, that there is a reasonable and meritorious cause for filing the above-styled action against Fang Li, M.D.

4. That the reviewing healthcare professional is Board Certified.

5. That a copy of the Certificate of Merit is attached hereto and incorporated herein by reference.

_____
JOSEPH A. BARTHOLOMEW

SUBSCRIBED AND SWORN, to before me, a Notary Public, this 8th day of October, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
PEGGY S. COTTNER
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 24, 2012

```
          IN THE UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
```

BRIAN HESS and           )
JANET HESS,              )
                         )
    Plaintiffs,          )
                         )
vs.                      )     No.
                         )
FANG LI, M.D. and        )
MCLEAN COUNTY NEUROLOGY, S.C.,  )
                         )
    Defendants.          )

## A F F I D A V I T

**JOSEPH A. BARTHOLOMEW**, being duly sworn upon his oath and pursuant to the Provisions of 735 ILCS 5/2-622, deposes and states as follows:

1. That the affiant has consulted and reviewed the facts of the case with a health professional who the affiant reasonably believes is knowledgeable in the relevant issues involved in the particular action and has practiced within the last six years in the same area of medicine that is at issue in this particular action and who is qualified by experience in the subject of this case.

2. That the reviewing health professional has determined in a written report, after review of the medical records and other relevant materials involved in the particular action that there is a reasonable and meritorious cause for filing such an action.

3. That affiant has concluded on the basis of the reviewing health professional's review and consultation, that there is a reasonable and meritorious cause for filing the above-styled action against McLean County Neurology, S.C.

4.  That the reviewing healthcare professional is Board Certified.

5.  That a copy of the Certificate of Merit is attached hereto and incorporated herein by reference.

_____
JOSEPH A. BARTHOLOMEW

SUBSCRIBED AND SWORN, to before me, a Notary Public, this ___8th___ day of ___October___, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
PEGGY S. COTTNER
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 24, 2012

I am a licensed medical doctor and I am knowledgeable concerning the areas of medicine in this particular action. I have reviewed the medical records concerning Brian Hess. In my opinion, there is a reasonable and meritorious cause for filing a medical malpractice action against Fang Li, M.D. because this health care provider deviated from accepted standards of medical care in the following respects: negligently and carelessly failed to order an angiography or CT angiography; negligently and carelessly discharged a patient from the hospital who was not properly anticoagulated; and negligently and carelessly failed to recognize that an MRA is an inconclusive study for arteriosclerotic disease, stenosis or occlusion.

_____
Stanley L. Malkin, M.D.
350 East 82nd St.
Ste. 12D
New York, NY  10028

I am a licensed medical doctor and I am knowledgeable concerning the areas of medicine in this particular action. I have reviewed the medical records concerning Brian Hess. In my opinion, there is a reasonable and meritorious cause for filing a medical malpractice action against McLean County Neurology, S.C. because this health care provider deviated from accepted standards of medical care in the following respects: negligently and carelessly failed to order an angiography or CT angiography; negligently and carelessly discharged a patient from the hospital who was not properly anticoagulated; and negligently and carelessly failed to recognize that an MRA is an inconclusive study for arteriosclerotic disease, stenosis or occlusion.

Stanley L. Malkin, MD.
350 East 82nd St.
Ste. 12D
New York, NY  10028