IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BRIAN HESS and ) 
JANET HESS, )
 )
        Plaintiffs, )
 ) No. 09-CV-01342
vs. )
 )
FANG LI, M.D. and )
MCLEAN COUNTY NEUROLOGY, S.C., )

## STIPULATION FOR DISMISSAL

BRIAN HESS and JANET HESS, Plaintiffs, by their attorneys, COOK, YSURSA, BARTHOLOEW, BRAUER & SHEVLIN, LTD., and FANG LI, M.D. and MCLEAN COUNTY NEUROLOGY, S.C., Defendants, by their attorneys, LIVINGSTON, BARGER, BRANDT & SCHROEDER, hereby agree and stipulate to the dismissal of the above-entitled matter, with prejudice, each part to bear his, her or its on costs of suit.

_____
Counsel for Plaintiffs
Joseph A. Bartholomew

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, IL 62220

_____
Counsel for Defendants
Peter W. Brandt
Attorney Bar # 6185150
LIVINGSTON, BARGER, BRANDT
& SCHROEDER
115 W. Jefferson St.
Bloomington, IL 61701

LivingstonBarger
LIVINGSTON BARGER BRANDT & SCHROEDER
115 W. Jefferson Street
Suite 400
Post Office Box 3157
Bloomington, Illinois 61702-3157
(309) 828-5281
FAX (309) 827-3432

## CERTIFICATE OF SERVICE

State of Illinois    )
                     )   SS
County of McLean     )

The undersigned attorney states that he served the foregoing document(s) upon the individuals listed below via the CM/ECF System on August 11, 2011:

Joseph A. Bartholomew  E-Mail: joeb@cooklawoffice.com
Peggy Cottner  E-Mail: peggy@cooklawoffice.com
COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, IL  62220

 

s/ Peter W. Brandt
Peter W. Brandt
Attorney Bar #6185150
Attorneys for Defendants
Livingston, Barger, Brandt
 & Schroeder
115 W. Jefferson St.
Bloomington, IL  61701
Ph.: (309) 828-5281
Fax: (309) 827-3432

**Livingston**Barger

LIVINGSTON·BARGER·BRANDT·SCHROEDER
115 W. Jefferson Street
Suite 400
Post Office Box 3457
Bloomington, Illinois 61702-3457
(309) 828-5281
FAX (309) 827-3432

2